IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

**KEITH CARROLL,**

    **Plaintiff,**

v.                                         Civil Action No. 1:18-cv-00096

**MID-ATLANTIC FEDERAL
CREDIT UNION ("MAFCU"),**

    **Defendant.**

## AGREED ORDER OF DISMISSAL

The Plaintiff, Keith Carroll, and Defendant, Mid-Atlantic Federal Credit Union, by and through their attorneys of record, hereby stipulate as follows;

**WHEREAS,** Plaintiff brought this action;

**WHEREAS,** Defendant denies any liability in this action;

**WHEREAS,** the parties have reached an agreed confidential settlement of this matter and wish to dismiss this action with prejudice, each party to bear its own costs and fees as to Plaintiff's action,

**IT IS HEREBY ORDERED THAT** this action is hereby dismissed with prejudice, each party to bear its own costs and fees.

SIGNED this 21st day of February, 2018.

/s/
Leonie M. Brinkema
United States District Judge